MATTER OF PEREZ

In Visa Petition Proceedings

A-18187416

*Decided by District Director March 22, 1968*

Beneficiary, who has a B.A. degree with a major in journalism and more than 3 years experience as a journalist, is a qualified journalist within the meaning of sections 101(a)(32) and 203(a)(3) of the Immigration and Nationality Act, as amended.

The petition was filed by the beneficiary for third preference classification as a member of the professions based upon his qualifications as a journalist.

He is married, a native and citizen of the Philippines, presently residing with his spouse in the Philippines. In 1961, following four years of study, he was graduated from San Beda College, Manila, Philippines, with a bachelor of arts degree. His major field of study was in journalism, his minor field was in English. He was employed from July 1964 to date, by the Department of Agriculture and Natural Resources, Quezon City, Philippines, as an Information Writer. His duties include that of acting copy editor of the Philippine Journal of Animal Industry; article research; and the writing of leaflets, pamphlets, brochures, press releases, and other publications for the Department.

Section 203(a)(3) of the Act, as amended, relates to issuance of immigrant visas "to qualified immigrants who are members of the professions, or who because of their exceptional ability in the sciences or the arts will substantially benefit prospectively the national economy, cultural interests, or welfare of the United States." The term "profession" is defined in section 101(a)(32) of the Act as including but not being limited to architects, engineers, lawyers, physicians, surgeons, and teachers in elementary schools, colleges, academies, or seminaries.

The Occupational Outlook Handbook, 1966-67 edition, published by the Department of Labor Statistics, United States Department of Labor, contains on pages 231-234, a discussion of the employment of

persons in newspaper writing occupations. In discussing the nature, training and qualifications for this work, the handbook includes the following statements:

Specialized reporters, who are well-versed in a subject matter field as well as in writing, are increasingly interpreting and analyzing the news in subject fields such as medicine, politics, science, education, business, labor, and religion.

Although talented writers with little or no academic training beyond high school sometimes become reporters, an increasing number of newspapers will consider only applicants with college education; graduate work is also becoming increasingly important. Some editors prefer those with a degree in journalism; other consider a degree in liberal arts as equally desirable.

Young people who wish to prepare for newspaper work through a liberal arts curriculum should take English courses that include some journalism, as well as such subjects as sociology, political science, economics, history, and psychology. Those who look forward to becoming technical writers, or to reporting in a special such as science, should concentrate on course work in their subject matter areas to the maximum extent possible.

Some experienced reporters advance to positions such as columnist, correspondent, or editor; but these positions represent the top of the field and competition for them is keen.

Section 212(a)(14) of the Immigration and Nationality Act, as amended, provides that third preference aliens must be issued a certification by the Secretary of Labor to the effect that qualified workers in the United States are unavailable, and that the alien's employment would not have an adverse effect on wages and working conditions of workers similarly employed in this country. Under 8 CFR 204.2(f) the Secretary of Labor's determination with respect to the issuance of the required certification is obtained before any third preference petition may be approved. In view of his degree, and because his major field of study was not one listed in Schedule A, Group II, 29 CFR, his credentials were referred to the Department of Labor for consideration of issuance of the required certification under Schedule C, Group II, 29 CFR. The certification was issued in the instant case, under Schedule C, Group II, 29 CFR, indicating that in the Department of Labor's opinion the beneficiary qualified as a professional person in his field.

Although formerly, and possibly even today, a talented, experienced person without a degree in journalism could find employment in that field, it appears the opportunities for such persons are becoming less and less. From the foregoing it is apparent that a baccalaureate degree is now the accepted educational requirement for entry into the field of journalism, and consequently that occupation, meeting the high educational level of other professions, likewise qualifies as a professional occupation.

702

The record reflects that the beneficiary possesses a bachelor of arts degree, with a major field of study in journalism, and a minor field in English, both fields being highly desirable for a journalist, and he has had more than three years of experience as a journalist. We concur in the opinion of the Department of Labor concerning his qualification for classification as a professional person under section 203(a)(3) of the Act.

**ORDER:** It is ordered that the petition to accord the beneficiary third preference classification be and hereby is approved.